1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAWRENCE HOLCOMB,

                        Plaintiff,

        v.

CAROLINE W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

Case No.   14-5031 RJB-KLS

REPORT AND RECOMMENDATION

        This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C.

§ 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by Mathews, Secretary of H.E.W.

v. Weber, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for

remand. (ECF 18).  After reviewing the parties' stipulated motion and the remaining record, the

undersigned recommends that the Court grant the parties' motion, and remand this matter to the

Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Court recommends that on remand, the Administrative Law Judge (ALJ) shall give further

consideration to the medical opinions of record, including the opinions of Dr. Comrie, and

articulate what weight is given to each; the ALJ shall reevaluate the claimant's residual

functional capacity assessment; and the ALJ shall reassess steps four and five with the assistance

of a vocational expert, if necessary.

        Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412,

upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

1

2          Given the fact of the parties' stipulation, the Court recommends that the District Judge

3    immediately approve this Report and Recommendation and order the case **REVERSED** and

4    **REMANDED.**   A proposed order accompanies this Report and Recommendation.

5          DATED this 25th day of June, 2014.

6

7

8                                          Karen L. Strombom
                                           United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION - 2