UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE HOLCOMB,<br><br>                      Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 14-5031 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 19] recommending that this case be remanded, based on the stipulation of the parties [ECF 18].  It is therefore ORDERED

    (1)   The Court ADOPTS the Report and Recommendation;

    (2)   The Court REVERSES and REMANDS for further administrative proceedings; and

    (3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 26th day of June, 2014.

                                        /s/ Robert J. Bryan
                                        ROBERT J. BRYAN
                                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1